# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| **FRANCISCO SANTIAGO,** | |
| Plaintiff, | 2005-CV-0078 |
| v. | |
| **WINIFRED WELSH and SLB INC.** **d/b/a WIN WELSH LANDSCAPING,** | |
| Defendants. | |

**TO:** Lee J. Rohn, Esq.
H.A. Curt Otto, Esq.

## ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE

THIS MATTER came before the Court upon Plaintiff's Motion to Strike Motion to Compel Discovery Responses (Docket No. 57). Defendants filed an opposition to said motion, and Plaintiff filed a reply thereto.

Plaintiff argues that Defendants are required to file a joint stipulation pursuant to LRCi 37.2 and not a "one sided motion to compel." Plaintiff further argues that counsel for the parties did not meet and confer as required by LRCi 37.1 prior to the filing of Defendants' Motion For Order Compelling Discovery Responses (Docket No. 56).

Having reviewed the said motions and the record in this matter, the Court agrees with Plaintiff and finds that Defendants' said motion to compel is procedurally defective.

*Santiago v. Welsh.*
2005-CV-0078
Order Granting Plaintiff's Motion to Strike
Page 2

Accordingly, it is now hereby **ORDERED**:

1. Plaintiff's Motion to Strike Motion to Compel Discovery Responses (Docket No. 57) is **GRANTED**.

2. Defendants' Motion For Order Compelling Discovery Responses (Docket No. 56) is **STRICKEN**.

ENTER:

Dated: February 27, 2008                    /s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE